UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JACOB BOURG** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1563** |
| **LORRIS G. TOWING CORPORATION** | **SECTION: D (4)** |

## ORDER DISMISSING CASE

The Court has been advised by the assigned United States Magistrate Judge, in a Minute Entry filed into the record on August 15, 2023 (R. Doc. 25), that the parties in this matter have settled all of their claims and have agreed to amicably resolve this dispute.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties. The Court thanks the parties and the Magistrate Judge for their efforts in successfully and amicably resolving this matter.

New Orleans, Louisiana, August 16, 2023.

**WENDY B. VITTER**
**United States District Judge**